USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LEHMAN BROTHERS BANK, FSB

               Plaintiff,

       -against-

SNR IT, OP and SETH KINCAID

              Defendants.

------------------------------------x

07 Civ. 9502 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, United States District Judge:

    It is hereby

    ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on November 8, 2007 at 10:30 a.m. for a conference in the above action.

SO ORDERED

November 5, 2007

_____
LORETTA A. PRESKA, U.S.D.J.