```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LEHMAN BROTHERS BANK, FSB,

                Plaintiff,

-against-

STORE IT, GP and SETH KINCAID,

                Defendants.
-------------------------------------------------------X

No.: 07 Civ. 9502 (LAP)

**STIPULATION AND ORDER OF
DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto that, pursuant to a Settlement Agreement executed by the parties and dated May 8, 2008, plaintiff Lehman Brothers Bank, FSB hereby voluntarily dismisses any and all claims against defendants Store It, GP and Seth Kincaid, with prejudice. It is further stipulated and agreed that each party shall bear its own costs and expenses.

Dated: New York, New York
        May 9, 2008

SCHINDLER COHEN & HOCHMAN LLP

By: _____
   Steven R. Schindler (SS 3511)
   Daniel E. Shaw (DS 8129)

100 Wall Street, 15th Floor
New York, NY 10005
(212) 277-6300
(212) 277-6333 (fax)

*Attorneys for Plaintiff Lehman Brothers
Bank, FSB*

THE ROSEN LAW FIRM, P.A.

By: _____
   Phillip Kim (PK 9384)

350 Fifth Avenue, Suite 5508
New York, NY 10118
(212) 686-1060
(212) 202-3827 (fax)

*Attorneys for Defendants Store It, GP and
Seth Kincaid*

{00038378}

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

May 19, 2008